Opinion filed June 26, 2014



## In The

# Eleventh Court of Appeals

_____

## No. 11-14-00114-CV

_____

## COLIN O'KROLEY, Appellant

## V.

## BYRON BROWN, RAY PRINGLE, PRINGLE MANAGEMENT COMPANY, JENNIE HOLDER, AND BYRON BROWN REALTY COROPRATION, Appellees

### On Appeal from the 244th District Court
### Ector County, Texas
### Trial Court Cause No. C-130,005-A

## M E M O R A N D U M   O P I N I O N

On April 30, 2014, Colin O'Kroley filed in this court a pro se notice of appeal of severed case. We notified Appellant by letter dated April 30, 2014, that it appeared to this court that the notice of appeal was untimely filed, and we requested that Appellant respond and show grounds to continue this appeal.

Appellant filed a response as requested. However, in his response, Appellant does not show grounds upon which this court can continue the appeal.

The documents on file in this case show that, on November 21, 2013, the trial court signed the order from which Appellant attempts to appeal. The notice of appeal was due to be filed within thirty days after the order was signed. *See* TEX. R. APP. P. 26.1. This court filed Appellant's notice of appeal on April 30, 2014, well after the deadline for filing a notice of appeal or a motion for an extension of time to file a notice of appeal. *See* TEX. R. APP. P. 26.3. Absent a timely notice of appeal, this court is without jurisdiction to consider this appeal. *See Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 563 (Tex. 2005); *Garza v. Hibernia Nat'l Bank*, 227 S.W.3d 233 (Tex. App.—Houston [1st Dist.] 2007, no pet.); *see also Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Because we are without jurisdiction, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

This appeal is dismissed for want of jurisdiction.


PER CURIAM


June 26, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

2